**MEMO ENDORSED**

**Law Office of**
**GUY OKSENHENDLER**
194 Burns Street, Suite 1
Forest Hills, New York 11375
(917) 804-8869
goksenhendleresq@aol.com

November 14, 2019

VIA ECF

Honorable Valerie E. Caproni
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

  Re: *United States v Octavio Goenaga*
    18 Cr 840 (VEC)
    Request for Adjournment of Sentencing

Dear Judge Caproni:

  Reference is made to the scheduled sentencing on November 27, 2019 of defendant Octavio Goenaga in the above-entitled case.  It is respectfully requested that the sentencing in the instant case be adjourned on consent until December 18, 2019.  Counsel needs additional time to meet with his counsel in advance of sentencing as counsel received the PSR late last week and no Final Pre-Sentence Report has been prepared yet.

  I have advised my client and the Assistant United States Attorney Chris Clore regarding this situation, and my client and the government consent to this request for an adjournment.

  Accordingly, it is respectfully requested that the sentencing in this matter be adjourned until December 18, 2019 or any date thereafter convenient to the Court.

Respectfully submitted,

/s/ *Guy Oksenhendler*

Guy Oksenhendler

---

Application GRANTED.  Mr. Goenaga's sentencing is ADJOURNED to **December 18, 2019, at 3:00 p.m.**  The parties' presentencing submissions are due no later than **December 4, 2019**.

SO ORDERED.

*[signature]*
11/14/2019

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE