USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12/17/2019

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                                                        :

UNITED STATES OF AMERICA          :

                                                        :        18 cr. 840 (VEC)

   - v. -                                        :

                                                        :            ORDER

Octavio Goenaga,                       :

                                                        :

                            Defendant.     :

------------------------------------------------------------------------X

**VALERIE CAPRONI**, United States District Judge:

IT IS HEREBY ORDERED that the hearing currently scheduled for Wednesday, December 18, 2019, will be held in Courtroom 15C, 500 Pearl Street.

SO ORDERED:

Dated:     New York, New York
             December 17, 2019

_____
VALERIE CAPRONI
United States District Judge