USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/19/2019

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ X

UNITED STATES OF AMERICA

    -against-

OCTAVIO GOENAGA

               Defendant.

------------------------------------------------------------ X

18-CR-840–4 (VEC)

ORDER

VALERIE CAPRONI, United States District Judge:

    IT IS HEREBY ORDERED that Octavio Goenaga enter a residential treatment program: Serendipity Drug Treatment Program, located at 2071 Fulton Street, Brooklyn, New York 11233, as a special condition of Supervised Release for a period of at least twenty-four (24) months.  He is to receive Substance Abuse and Mental Health treatment during the above period.  Progress reports are to be provided to the U.S. Probation Officer on a monthly basis.  Said report should include diagnosis, medication (if applicable), and progress.  Failure to remain in the treatment facility will require an appearance before the Court.

**SO ORDERED.**

Date: **December 19, 2019**
      New York, NY

                                    **VALERIE CAPRONI**
                                    **United States District Judge**