USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/20/2019

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
UNITED STATES OF AMERICA

    -against-

OCTAVIO GOENAGA

                         Defendant.
------------------------------------------------------------- X

18-CR-840–4 (VEC)

ORDER

VALERIE CAPRONI, United States District Judge:

    IT IS HEREBY ORDERED that the Judgment entered December 19, 2019, as to Octavio Goenaga is AMENDED as follows: "The defendant is hereby committed to the custody of the Federal Bureau of Prisons to be imprisoned for a total term of time-served plus through December 22, 2019."

**SO ORDERED.**

Date: **December 20, 2019**
      **New York, NY**

_____
**VALERIE CAPRONI
United States District Judge**