USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: _12/20/2019_

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ X
UNITED STATES OF AMERICA

    -against-

OCTAVIO GOENAGA

               Defendant.
------------------------------------------------------------ X

18-CR-840–4 (VEC)

ORDER

VALERIE CAPRONI, United States District Judge:

WHEREAS on December 20, 2019, the Court entered an order amending the Judgment as to Octavio Goenaga, *see* Dkt. 124;

IT IS HEREBY ORDERED that the Court's order, Dkt. 124, is VACATED.

IT IS FURTHER ORDERED that the Judgment entered December 19, 2019, as to Octavio Goenaga, *see* Dkt. 122, is AMENDED as follows: "The defendant is hereby committed to the custody of the Federal Bureau of Prisons to be imprisoned for a total term of time-served plus until December 23, 2019."

**SO ORDERED.**

**Date: December 20, 2019**
**New York, NY**

                                        **VALERIE CAPRONI**
                                        **United States District Judge**