

**MEMO ENDORSED**

**Law Office of**
**GUY OKSENHENDLER**
194 Burns Street, Suite 1
Forest Hills, New York 11375
(917) 804-8869
goksenhendleresq@aol.com

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:   1/31/2020
```

February 1, 2020

VIA ECF

Honorable Valerie E. Caproni
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

      Re:   *United States v Octavio Goenaga*
             18 Cr 840 (VEC)
             <u>Request for Placement at Palladia-Starhill Residential In-Patient Program</u>

Dear Judge Caproni:

      Reference is made to the sentencing of defendant Octavio Goenaga by Your Honor this past December. Your Honor thoughtfully placed Mr. Goenaga in an inpatient program at Serendipity, and he has been there about one month. However, it is apparent that the program does not attend to Mr. Goenaga's particular medical or mental health needs. Attached please find a letter from Mr. Goenaga describing his particular situation at Serendipity. As a result, it is requested that he be placed in the Palladia-Starhill Residential Program in the Bronx, New York. This particular program specializes with Mental Health and Chemical Abuse issues. The intake coordinator's telephone number is 718-299-3300. Counsel is willing to do whatever is necessary to assist the Court in helping Mr. Goenaga maintain a lifetime of sobriety while getting his mental health and physical health attended to. As we all discussed at the sentencing, a thoughtful approach to all three apparent issues is the best plan for his success.

      The attached letter was actually sent to Assistant United States Attorney Christopher Clore, who was kind enough to forward to me and consented to my making the court aware of the issues Mr. Goenaga raised therein.

Respectfully submitted,

/s/ *Guy Oksenhendler*

Guy Oksenhendler

SO ORDERED.

*Valerie Caproni*
1/31/2020

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE

IT IS HEREBY ORDERED that Mr. Goenaga's probation officer submit a letter report to the Court no later than **February 7, 2020**, with a recommendation to the Court regarding Mr. Goenaga's request.