UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 09/02/2020
```

------------------------------------------------------------- X
   UNITED STATES OF AMERICA      :
                                                 :      18-CR-840–4 (VEC)
          -against-               :
                                               :      <u>ORDER</u>
   OCTAVIO GOENAGA              :
                                               :
                               Defendant.    :
------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

       WHEREAS on September 2, 2020, the Court held a Violation of Supervised Release hearing in this matter;

       IT IS HEREBY ORDERED that Defendant's specification be held in abeyance and that the VOSR hearing be adjourned *sine die*, subject to Defendant's continued participation in intensive outpatient treatment programs at Odyssey House.

       IT IS FURTHER ORDERED that the Probation Department must submit an update to the Court in six months regarding Defendant's status and his compliance with the terms of his supervision. If the Probation Department's report indicates that Defendant has remained in compliance with the terms of his supervision and has avoided any additional violations, the Court shall dismiss the pending specification at that time.

**SO ORDERED.**

Date: September 2, 2020
      New York, NY

                                                      **VALERIE CAPRONI**
                                                      **United States District Judge**