```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/12/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ X

UNITED STATES OF AMERICA

    -against-

OCTAVIO GOENAGA

                                 Defendant.

------------------------------------------------------------ X

18-CR-840–4 (VEC)

<u>ORDER</u>

VALERIE CAPRONI, United States District Judge:

    WHEREAS on August 7, 2025, Mr. Goenaga moved for early termination of supervised release, *see* Dkt. 188;

    IT IS HEREBY ORDERED that by **Tuesday, August 26, 2025**, the Government must respond to Mr. Goenaga's motion at Dkt. 188.

**SO ORDERED.**

Date:  **August 12, 2025**
        **New York, NY**

                                                     **VALERIE CAPRONI**
                                                 **United States District Judge**